# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| JEREMIAH OWENS aka "JD" | Case No.　4:11CR40037-047　USM No.　10709-010 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　Bruce D. Eddy
　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)　Mandatory Condition.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Mandatory Condition - Shall Not Commit Federal, State, or Local Crime | February 13, 2018 |

　　　The defendant is sentenced as provided in pages 2 through　2　of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

　　　It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.　6438

Defendant's Year of Birth:　1990

City and State of Defendant's Residence:
Texarkana, Arkansas

August 22, 2018
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, U.S. District Judge
Name and Title of Judge

August 27, 2017
Date

DEFENDANT: JEREMIAH OWENS
CASE NUMBER: 4:11CR40037-047

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
**Eighteen (18) months with credit for time served in federal custody, no term of supervision to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:
Confinement at Texarkana FCI.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL